# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:98CR212 |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| - vs - | ) | |
| | ) | **O R D E R** |
| Tyrone Madden | ) | |
| Defendant. | ) | |

This matter was heard on September 15, 2005, upon the request of the probation office for a finding that the defendant had violated the conditions of his supervised release. The defendant was present and represented by counsel. . Upon consideration of statements of counsel, the Court finds that the terms of the defendant's supervised release have been violated as follows:

1) Technical Violation - On 5/11/04, Mr. Madden submitted a urinalysis that returned from Kroll Laboratories on 5/19/04 as positive for marijuana.

2) Law Violation - In December, 2001 Mr. Madden was named in three count indictment from the United States District Court for the District of Maryland. He was charged with conspiracy to import heroin, importation of heroin and distribution of heroin.

Therefore, the defendant is committed to the custody of the Bureau of Prisons for

a period of (8) months to run consecutive to the sentences in cases 1:04CR616 and 1:05CR27.

Further, the defendant's term of supervised release is revoked and no further supervision is ordered.

The defendant is remanded to the custody of the United States Marshal, Akron, Ohio.

IT IS SO ORDERED.


Date: September 21, 2005           S/John R. Adams
                                                JOHN R. ADAMS
                                                UNITED STATES DISTRICT JUDGE